UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 09867
    FLOYD SMITH
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-0850

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/21/2008 and was not confirmed.

    The case was dismissed without confirmation 10/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED    NOT FILED             .00            .00
US BANK                   UNSECURED    NOT FILED             .00            .00
WASHINGTON MUTUAL/PROVID  UNSECURED    NOT FILED             .00            .00
HOME LOAN SERVICES        CURRENT MORTG       .00            .00            .00
HOME LOAN SERVICES        MORTGAGE ARRE       .00            .00            .00
HOME LOAN SERVICES        CURRENT MORTG       .00            .00            .00
HOME LOAN SERVICES        MORTGAGE ARRE       .00            .00            .00
PIERCE & ASSOC            NOTICE ONLY   NOT FILED             .00            .00
GE MONEY BANK             NOTICE ONLY   NOT FILED             .00            .00
PIERCE & ASSOCIATES       NOTICE ONLY   NOT FILED             .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY     2,873.00                       864.90
TOM VAUGHN                TRUSTEE                                         67.10
DEBTOR REFUND             REFUND                                            .00

             Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       932.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   864.90
TRUSTEE COMPENSATION                              67.10
DEBTOR REFUND                                       .00
                         ---------------    ---------------
TOTALS                        932.00             932.00

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE